UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRIAN FARIA and MELISSA FARIA, Individually and as Parents of M.F. and R.F, Plaintiffs, | ) ) ) ) ) |
| v. | ) C. A. No. 13-0484-M-LDA |
| HARLEYSVILLE WORCESTER INSURANCE COMPANY, Defendant. | ) ) ) ) ) |

## JURY VERDICT FORM

1.  Do you find by a preponderance of the evidence that Brian Faria's collision was caused in whole or in part by an unidentified motorist?

    Yes _____    No ___✓___

    *If you answered "No," do not answer the remaining questions, the jury foreperson should sign and date the next page.*

    *If you answered "Yes," proceed to Question #2.*

2.  Do you find by a preponderance of the evidence that Brian Faria's collision was caused, at least in part, by his own negligence?

    Yes _____    No _____

    *If you answered "No," proceed to Question #4.*

    *If you answered "Yes," proceed to Question #3.*

3.  Allocate the responsibility for the collision between Brian Faria and the unidentified motorist. The percentage of responsibility must total 100%.

    Mr. Faria _____%    Unidentified Motorist _____%

    *Proceed to Question #4.*

4. We find that the total amount of damages of each of the Plaintiffs is as follows:

| | |
|---|---|
| Brian Faria | $_____ |
| Melissa Faria | $_____ |
| M   F | $_____ |
| Rachelle Faria | $_____ |

_____
Jury Foreperson

__8-27-2015__
Date